Dwight Andre Campbell
                    Plaintiff

v.

Judicial Conduct Board of PA
Judge Jackie A. Bernard
                    Defendants

Dwight A. Campbell
# QP4379
P.O Box 33028
St Petersburg, Fl 33733

Judicial Conduct Board of PA
601 Commonwealth Ave, Suite 3500
P.O Box 62525
Harrisburg, PA 17106

Judge Jackie Bernard
Blair County Common Plea Court
423 Allegheny St
Hollidaysburg, PA 16648

(1) **Introduction** This is an civil rights action filed by Dwight Campbell, a state prisoner, for damages and injunctive relief under 42 U.S.C 1983, 1985, and 1986, alleging denial of mental, medical care in violation of the eighth amendment to the United States constitution, excessive bail in violation of the eighth amendment. Denial of speedy trial in violation of sixth amendment to the United States Constitution. Unlawful seizure of person, in violation of fourth amendment and imprisonment in the state of Pennsylvania in violation of thirteenth, fourthteenth amendments of the United States constitution. Plaintiff also alleges the torts of false imprisonment and torture, Deprivation of rights under color of law

(2) **Jurisdiction** The court has jurisdiction over Plaintiff's claims of violation of federal constitutional rights under 42 U.S.C 1331(1) and 1343, further, has jurisdiction over Plaintiff's claims of violation of federal law under 18 U.S.C 242, 2340. The court has supplemental jurisdiction over the Plaintiff's state law tort claims under 28 U.S.C 1367

(3) **Parties** The Plaintiff was imprisoned at the Blair County Prison or is imprisoned in Department of Correction of Pennsylvania.

(4) Defendant Judicial Conduct board are a group of Judges

(1)

members of the bar of the supreme court and electors appointed to the board by the governor. The are sued in their individual and official capacity.

(5) The defendant Jackie A. Bernard is a Judge at the court of common Pleas of Blair County whom stands as Judge, in civil, criminal matters with respect to Plaintiff and if being sued in her individual and official capacity.

(6) <u>facts</u>
On June 23, 2020 officers of the logan township Police dept, of Blair County, fabricated charges in an complaint against Plaintiff, that charged Plaintiff with marijuana, dealing in unlawful Proceeds among other not so severe charges, Blair county case no CP-07-CR-0001398-2020

(7) Plaintiff filed an civil Complaint in federal court western district of Pennsylvania against officers of the logan township Police department case no. 3:20-cv-00151, filed 7-30-2020

(8) on Nov 12, 2020 The officers retaliated and fabricated charges in another complaint against Plaintiff, that charged Plaintiff with aggravated assault, delivery and an misdemeanor Blair case CP-CR-07-0000749 2020

(9) <u>Denial of mental medical care</u>
On the dates of May 20, 31, June 27, July 5 of 2022, Plaintiff and two counsels for Plaintiff, inform defendant Jackie Bernard, that Plaintiff had Previously suffered from a stroke and needed urgent medical treatment, which the Blair County Prison was stating they could not provide for Plaintiff. Plaintiff and others advise defendant Bernard he was in torturous conditions in that Prison and based on health fear of death. Defendant Bernard Refuse any treatment, infringing Plaintiff's rights outline in the 8th amend cruel punishment, denial of mental medical care, XIV amend to life of the U.S const

(10) <u>excessive bail</u>
on the date May 31, 2022, defendant Bernard reset Plaintiff Bail at $450,000 cash based on fabricated charges in paragraph 8 of this complaint and on May 29, 2024 defendant Bernard, after Plaintiff argued the bail violated the PA, U.S consts and PA law, with evil intent reduce the Bail to $250,000 cash, here the defendant Jackie Bernard infringe Plaintiff's right against excessive bail outline in the 8th amedment of the U.S Const and XIV amendment to liberty.

(2)

(11) <u>Speedly Trial</u>

The Blair County cases cr-0001398-2020, cr-0000749-2020 are 2020 cases the cr-0001398 was concluded and reopen on Jan 6, 2023, and the cr-0000749-2020 is in Pretrial status to this date, Defendant Bernard violates Plaintiff's 6th amendment right to speedy trial, XIV amend due process, liberty, equal protection of the U.S const.

(12) <u>Unlawful Seizure of Person</u>

On April 8th 2022 Plaintiff was arrested in the state of Michigan, by officers of the Logan township Police dept of Blair Pennsylvania and transported back to Pennsylvania and imprisoned, absent any extradition proceedings, Governor warrants. On May 29, June 6, July 30, of 2024 Plaintiff advise defendant Bernard of the extradition violation, Defendant Bernard denied relief. On Feb 13, 2024, during habeas corpus hearing, defendant Bernard use perjury testimony to deny Plaintiff release from custody, here Bernard violated Plaintiff's XIII amend against involuntary seritude, XIV amendment to due process, life, liberty equal protection

(13) <u>Preliminary investigation by Defendant Bernard</u>

On May 31, 2022, defendant Bernard, noted on the record she read the police report, regarding case cr-000749, on March 25, 2024 Defendant Bernard wrote the court of appeals instructing that court to quash Plaintiff's appeal of habeas corpus denial, which on July 15, 2024 that court quash such appeal, Appeal 288 WDA 2024 in superior court. In oct 21, 2024 defendant Bernard denied relief to Plaintiff alleging Plaintiff signature match another document she viewed, here Bernard infringe Plaintiff's right to life, liberty, due process outline in XIV amendment of the U.S const.

(14) The defendant Judicial conduct board were advised on such conduct by defendant Bernard in 2022, 2023, 2024 via complaints, which such conduct and more violated rules, policy of Judicial conduct of PA, the Judicial conduct board fail to train, discipline, sanction defendant Bernard and are therefore in deliberate indifference to Plaintiff's infringe rights. Defendant Bernard conduct, false imprisonment, unlawful restraints violate PA State law 18 PA C.S.A 2902, 2903, federal law 18 U.S.C 242, 2340

Relief Sought

Plaintiff suffer from on going health and mental health failure, lost of time, debt, and income and seeks $120,000 from defendant Bernard, $160,000 from defendant Judicial Conduct board, upon an T.R.o enjoying uplift of false imprisonment

Dated
12-9-2024

(3)

Submitted by
Dwight Campbell
Dw't Cmbll

Smart Communications/PADOC
SCI-Huntingdon
Name CAmpbell Dwight
Number QP4379
PO Box 33028
St Petersburg FL 33733

U.S. Courthouse
Clerk's office
504 W Hamilton ST suite 1601
Allentown, PA 18101

REC'D JAN 7 2025

INMATE MAIL
PA DEPARTMENT
OF CORRECTIONS





US POSTAGE PITNEY BOWES
ZIP 16652
02 4W
0000372206
$000.69⁰
JAN 02 2025

This is an civil complaint Pursuant to 42 USC 1983, 1985 and 18 U.SC 241, Plaintiff has recently been Granted forma Pauperis in civil case 24-3039 in 3rd circuit crt of Appeal Defendants information on Page 1 of complaint

JS 44 (Rev. 03/24)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Dwight Campbell #QP4379, P.O. Box 33028, St Petersburg, FL 33733

### DEFENDANTS
Judicial Conduct Board of PA, Judge Jackie Bernard

(b) County of Residence of First Listed Plaintiff: _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: _____
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) Attorneys *(Firm Name, Address, and Telephone Number)*: _____

Attorneys *(If Known)*: _____

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*
- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [x] 3 Federal Question (U.S. Government Not a Party)
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [x] 1 | [x] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

**CONTRACT**
- 110 Insurance
- 120 Marine
- 130 Miller Act
- 140 Negotiable Instrument
- 150 Recovery of Overpayment & Enforcement of Judgment
- 151 Medicare Act
- 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- 153 Recovery of Overpayment of Veteran's Benefits
- 160 Stockholders' Suits
- 190 Other Contract
- 195 Contract Product Liability
- 196 Franchise

**REAL PROPERTY**
- 210 Land Condemnation
- 220 Foreclosure
- 230 Rent Lease & Ejectment
- 240 Torts to Land
- 245 Tort Product Liability
- 290 All Other Real Property

**TORTS — PERSONAL INJURY**
- 310 Airplane
- 315 Airplane Product Liability
- 320 Assault, Libel & Slander
- 330 Federal Employers' Liability
- 340 Marine
- 345 Marine Product Liability
- 350 Motor Vehicle
- 355 Motor Vehicle Product Liability
- [x] 360 Other Personal Injury
- 362 Personal Injury - Medical Malpractice

**CIVIL RIGHTS**
- 440 Other Civil Rights
- 441 Voting
- 442 Employment
- 443 Housing/Accommodations
- 445 Amer. w/Disabilities - Employment
- 446 Amer. w/Disabilities - Other
- 448 Education

**TORTS — PERSONAL INJURY**
- 365 Personal Injury - Product Liability
- 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- 370 Other Fraud
- 371 Truth in Lending
- 380 Other Personal Property Damage
- 385 Property Damage Product Liability

**PRISONER PETITIONS — Habeas Corpus:**
- 463 Alien Detainee
- 510 Motions to Vacate Sentence
- 530 General
- 535 Death Penalty

**Other:**
- 540 Mandamus & Other
- [x] 550 Civil Rights
- 555 Prison Condition
- 560 Civil Detainee - Conditions of Confinement

**FORFEITURE/PENALTY**
- 625 Drug Related Seizure of Property 21 USC 881
- 690 Other

**LABOR**
- 710 Fair Labor Standards Act
- 720 Labor/Management Relations
- 740 Railway Labor Act
- 751 Family and Medical Leave Act
- 790 Other Labor Litigation
- 791 Employee Retirement Income Security Act

**IMMIGRATION**
- 462 Naturalization Application
- 465 Other Immigration Actions

**BANKRUPTCY**
- 422 Appeal 28 USC 158
- 423 Withdrawal 28 USC 157

**INTELLECTUAL PROPERTY RIGHTS**
- 820 Copyrights
- 830 Patent
- 835 Patent - Abbreviated New Drug Application
- 840 Trademark
- 880 Defend Trade Secrets Act of 2016

**SOCIAL SECURITY**
- 861 HIA (1395ff)
- 862 Black Lung (923)
- 863 DIWC/DIWW (405(g))
- 864 SSID Title XVI
- 865 RSI (405(g))

**FEDERAL TAX SUITS**
- 870 Taxes (U.S. Plaintiff or Defendant)
- 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- 375 False Claims Act
- 376 Qui Tam (31 USC 3729(a))
- 400 State Reapportionment
- 410 Antitrust
- 430 Banks and Banking
- 450 Commerce
- 460 Deportation
- 470 Racketeer Influenced and Corrupt Organizations
- 480 Consumer Credit (15 USC 1681 or 1692)
- 485 Telephone Consumer Protection Act
- 490 Cable/Sat TV
- 850 Securities/Commodities/Exchange
- 890 Other Statutory Actions
- 891 Agricultural Acts
- 893 Environmental Matters
- 895 Freedom of Information Act
- 896 Arbitration
- 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- 950 Constitutionality of State Statutes

## V. ORIGIN *(Place an "X" in One Box Only)*
- [x] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*: 42 USC 1983, 1985, 18 USC 241

Brief description of cause: U.S Const and laws violations by Defendants

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
- DEMAND $ 200,000
- CHECK YES only if demanded in complaint: JURY DEMAND: [x] Yes  [ ] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions)* JUDGE: 3rd cir crt of Appeals   DOCKET NUMBER: 24-3039

DATE: _____   SIGNATURE OF ATTORNEY OF RECORD: _____

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____