IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DWIGHT CAMPBELL, : | |
|      Plaintiff, : | |
| : | |
| v. : | CIVIL ACTION NO. 25-CV-127 |
| : | |
| JUDICIAL CONDUCT BOARD OF PA, : | |
| *et al.*, : | |
|      Defendants. : | |

**ORDER**

AND NOW, this 13th day of January, 2025, upon consideration of Plaintiff Dwight Campbell's *pro se* Complaint (ECF No. 1) it is **ORDERED** that:

1. The Clerk of Court is **DIRECTED** to **TRANSFER** the above-captioned case to the United States District Court for the Western District of Pennsylvania.[1]

BY THE COURT:


/s/ Hon. Kelley B. Hodge
**KELLEY BRISBON HODGE, J.**

---

[1] Campbell filed this lawsuit pursuant to 42 U.S.C. § 1983, against Judge Jackie Bernard, located in Blair County based on events that occurred there. (*See* ECF No. 1.) As there is no apparent basis for venue in this district, the Court will transfer Campbell's Complaint to the United States District Court for Western District of Pennsylvania, where the events giving rise to Campbell's claims occurred and where the Defendants are located. *See* 28 U.S.C. § 118, 1391(b) & 1406(a); *Lafferty v. St. Riel*, 495 F.3d 72, 74-75 & n.3 (3d Cir. 2007) (declining to disturb district court's *sua sponte* transfer under § 1406(a)); *Decker v. Dyson*, 165 F. App'x 951, 954 n.3 (3d Cir. 2006) (district court may *sua sponte* transfer case under § 1406(a)).