## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DWIGHT CAMPBELL,                  :
    Plaintiff,                    :
                                  :
    v.                            :          CIVIL ACTION NO. 25-CV-127
                                  :
JUDICIAL CONDUCT BOARD OF PA,     :
*et al.*,                         :
    Defendants.                   :

## ORDER

AND NOW, this 28th day of April 2025, this action having been transferred to the United States District Court for the Western District of Pennsylvania by Order entered January 13, 2025, **IT IS ORDERED** that the Clerk of Court shall **SEND** Dwight Campbell's Motion for this Court to Hear this Matter filed April 23, 2025, (ECF No. 4) to the Clerk of Court for the United States District Court for the Western District of Pennsylvania. Campbell is advised to file all future pleadings related to this matter in that Court.

**BY THE COURT:**


**/s/ Hon. Kelley B. Hodge**
**KELLEY BRISBON HODGE, J.**