IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DWIGHT CAMPBELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No. 3:25-127 |
| ) | Judge Stephanie L. Haines |
| JUDICIAL CONDUCT BOARD OF ) | |
| PA et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

IT IS ORDERED that Plaintiff Dwight Campbell's Motion for Leave to Proceed *in forma pauperis*, ECF No. 8, is GRANTED and the Clerk of Court is directed to file the Complaint. ECF No. 1.

Under the Prison Litigation Reform Act ("PLRA"), a prisoner bringing a civil action must pay the $350.00 filing fee in full. The PLRA also provides that a prisoner granted leave to proceed in forma pauperis must make a "down payment" of an initial partial filing fee and pay the remainder of the $350.00 filing fee in installments. Accordingly, the inmate account officer at any institution where Plaintiff is incarcerated is directed to remit from Plaintiff's account, in monthly installments, the full $350.00 fee.

IT IS HEREBY ORDERED that:

1.  No later than October 4, 2025, the inmate account officer or other appropriate officer at Plaintiff's place of imprisonment shall submit an initial partial payment of twenty per cent (20%) of the greater of: 1) the average monthly deposits to Plaintiff's account for the past six months, OR 2) the average monthly balance in Plaintiff prison account for the past six months.

After the initial payment, if there remains any unpaid fee due and owing the Court, the inmate account officer where Plaintiff is incarcerated is required by law to set aside and remit on a monthly basis twenty percent (20%) of the preceding month's deposits credited to his account until the $350.00 filing fee has been paid in full. Each time a deposit is made to Plaintiff's account, the inmate account officer shall set aside the deposit immediately before any disbursement is made by Plaintiff, until an amount equal to twenty percent (20%) of the previous month's deposits is obtained. When the twenty percent (20%) amount is obtained, and the amount in the account exceeds ten dollars, it shall be transmitted in one monthly payment to the Clerk of Court.

Each payment shall be clearly identified by name and number of the prisoner and the number assigned to this civil action. Payments must be made payable to "Clerk, U.S. District Court of the Western District of Pennsylvania" and transmitted to: Clerk of Court, U.S. District Court, Western District of Pennsylvania, 700 Grant Street, Suite 3110, Pittsburgh, PA, 15219. Personal checks will not be accepted. The following information shall either be included on the face of the check from the penal institution, cashier's check, or money order or attached thereto: (i) Plaintiff's full name; (ii) Plaintiff's inmate number; and (iii) the case number for this action. Checks or money orders which do not have this information will be returned to the penal institution.

2.      Plaintiff is warned that he is ultimately responsible for payment of the filing fee if the agency with custody over him lapses in its duty to make payments on his behalf. For this reason, if Plaintiff is transferred to another jail or

correctional institution, he should ensure that the new institution is informed about this lawsuit and the required monthly payments as set out herein. Plaintiff is advised to retain a copy of this Order for this purpose. This Order will be binding on the Superintendent/Warden of any jail or correctional facility where Plaintiff is incarcerated until the filing fee is paid in full in accordance with the provisions of 28 U.S.C. § 1915(b)(1).

The Clerk shall provide Plaintiff with a copy of the Authorization Form along with this Order. On or before October 4, 2025, Plaintiff shall: (1) submit his completed Authorization Form to this Court and (2) submit a copy of his completed Authorization Form to the Prison Account Office.

A copy of this Order is being mailed to the Inmate Account Officer at Plaintiff's place of confinement.

Plaintiff is advised that he must complete and submit "Process Receipt and Return forms," "Notice and Request for Waiver of Service of Summons," and "Waiver of the Service of Summons" for <u>each</u> named Defendant in order for the Court to initiate service through the United States Marshal Service. The Clerk shall mail blank copies of these documents to the Plaintiff. Plaintiff is further advised that he must provide accurate and identical copies of the Complaint to the Clerk of Court for <u>each</u> named Defendant. If Plaintiff is unable to reproduce his January 7, 2025, Complaint, ECF No. 1, for service, he may tender to the Clerk of Court the appropriate fee for the copies to be made on his behalf. The fee for a single copy of the Complaint is $1.10 (11 pages at a cost of $0.10 per page); the fee for the one (1) named Defendant is therefore $1.10. (See the fee schedule also found at http://www.pawd.uscourts.gov/fee-schedule).

3

Dated: September 5, 2025

BY THE COURT:

/s/ Stephanie L. Haines
STEPHANIE L. HAINES
UNITED STATES DISTRICT JUDGE

Service by regular U.S. mail upon:

DWIGHT CAMPBELL
QP4379
SCI DALLAS
1000 Follies Road
Dallas, PA 18612

Smart Communications/PADOC
Dwight Campbell/QP4379
SCI DALLAS
P.O. Box 33028
St. Petersburg, FL 33733

Inmate Account Officer
SCI DALLAS
1000 Follies Road
Dallas, PA 18612